UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                    Case No.:  8:13-cr-324-T-30TGW

MICHEL LERMOS-HERNANDEZ

### FORFEITURE MONEY JUDGMENT

The defendant pleaded guilty to count two of the Third Superseding Indictment, in violation of 18 U.S.C. § 1349, and the United States has established that the defendant obtained $849,902.46 in proceeds as a result of the offense.

The United States moves (Doc. 284) under 18 U.S.C. § 982(a)(2)(A), and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, for entry of a forfeiture money judgment against the defendant.  The motion for entry of a forfeiture money judgment (Doc. 284) is GRANTED.  Under 18 U.S.C. § 982(a)(2)(A), and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, the defendant is jointly and severally liable with his co-conspirators, convicted of the same offense, including Viviana Reyes, for a forfeiture money judgment in the amount of $849,902.46, which represents proceeds obtained as a result of the conspiracy to commit bank fraud.

The United States may seek, as a substitute asset in satisfaction of this judgment, forfeiture of any of the defendant's property up to the value of the money

judgment.  Jurisdiction is retained to enter any order necessary for the forfeiture and disposition of any substitute asset and to address any third-party claim.

Pursuant to Rule 32.2(b)(4) and the defendant's Plea Agreement (Doc. 277, p. 10), this order of forfeiture is final as to the defendant.

ORDERED in Tampa, Florida, on April 5, 2016.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Parties/Counsel of Record

F:\Docs\2013\13-cr-324 forfeit mj 284.docx